DAVID L. ANDERSON, CSBN 149604
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
AMANDA SCHAPEL, CSBN 271295
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, CA 94105-1545
     Telephone: (415) 977-8983
     Facsimile: (415) 744-0134
     E-mail: Amanda.Schapel@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| TIARA LANAE GEORGE,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 3:19-cv-08320-VC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

Stip. & ~~Prop~~. Order, 3:19-cv-08320-VC     1

1

2        IT IS HEREBY STIPULATED by the parties, through their respective counsel of record, and

3    subject to approval of the Court, that Defendant shall have an extension of 30 days to respond to

4    Plaintiff's Motion for Summary Judgment.  Counsel for Defendant requests this extension because of

5    her heavy workload, including 68 circuit and district court cases, and because Defendant needs

6    additional time to respond to the issues raised in Plaintiff's Motion.  The current due date is July 22,

7    2020.  The new due date for Defendant's brief will be **August 21, 2020**, and the new due date for

8    Plaintiff to serve and file any reply will be September 4, 2020.

9        This is Defendant's first request for an extension.

10

11

12                                        Respectfully submitted,

13   Dated: July 21, 2020          By:    */s/ Lauren M. Johnson*\*
                                          LAUREN M. JOHNSON
14                                        Bay Area Legal Aid
                                          (*as authorized by email on 7/21/20)
15                                        Attorney for Plaintiff

16   Dated: July 21, 2020                 DAVID L. ANDERSON
17                                        United States Attorney

18                                By:     /s/ *Amanda Schapel*
19                                        AMANDA SCHAPEL
                                          Special Assistant United States Attorney
20
21                                        Attorneys for Defendant

22

23

24

25

26

27

28

Stip. & ~~Prop.~~ Order, 3:19-cv-08320-VC          2

<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED:


Dated:_July 28, 2020_          By:_____
                                   HON. VINCE CHHABRIA
                                   United States District Judge

Stip. & ~~Prop.~~ Order, 3:19-cv-08320-VC          3