DAVID L. ANDERSON, CSBN 149604
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
AMANDA SCHAPEL, CSBN 271295
Special Assistant United States Attorney
 160 Spear Street, Suite 800
 San Francisco, CA 94105-1545
 Telephone: (415) 977-8983
 Facsimile: (415) 744-0134
 E-mail: Amanda.Schapel@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIARA LANAE GEORGE,<br><br> Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br> Defendant. | CIVIL NO. 3:19-cv-08320-VC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT |

  IT IS HEREBY STIPULATED by and between Tiara Lanae George (Plaintiff) and Andrew

Saul, Commissioner of Social Security (the Commissioner or Defendant), through their respective

counsel of record, that this action be remanded for further administrative action pursuant to section

205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

  On remand, the Appeals Council will instruct the administrative law judge to reevaluate

Plaintiff's residual functional capacity and reconsider the medical evidence of record; if warranted by

Stip. & ~~Prop.~~ Order, 3:19-cv-08320-VC   1

the expanded record, obtain supplemental vocational expert evidence; offer Plaintiff the opportunity for

a hearing; take any further action needed to complete the administrative record; and issue a new

decision.

      The parties further request that the Clerk of the Court be directed to enter a final judgment in

favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.


                                      Respectfully submitted,

Dated: July 30, 2020            By: */s/ Lauren M. Johnson*
                                LAUREN M. JOHNSON
                                (*as authorized by email on 7/30/2020)
                                Attorney for Plaintiff

Dated: July 30, 2020                      DAVID L. ANDERSON
                                United States Attorney

                    By:     */s/ Amanda Schapel*
                                AMANDA SCHAPEL
                                Special Assistant United States Attorney

                                Attorneys for Defendant

1

ORDER

2

3    PURSUANT TO STIPULATION, IT IS SO ORDERED:

4

5    Dated:_____August 12, 2020_____          By:_____

6                                                  HON. VINCE CHHABRIA
                                                  United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28