UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIARA LANAE GEORGE,<br>        Plaintiff,<br>    v.<br>ANDREW SAUL,<br>        Defendant. | 19-cv-08320-VC<br><br>**JUDGMENT** |

The Court now enters judgment in favor of the plaintiff and against the defendant. Per the parties' joint request, the final decision of the Commissioner is reversed. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: August 12, 2020

_____
VINCE CHHABRIA
United States District Judge